UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH S. PONCE,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES E. HALL,<br><br>        Respondent. | Case No. CV 05-7011-GW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation" or "R&R").  The Court approves and adopts the Report and Recommendation, but notes the following:

    1.    The Report and Recommendation reflects that in a letter written by petitioner's attorney explaining her decisions, petitioner's attorney concluded that petitioner's alibi was of no help because petitioner was "caught <u>in his car</u> at the end of the string of robberies with numerous items in his car from the robberies."  R&R at 11, lines 8-11 (emphasis added).  However, the Report and Recommendation's recitation of facts drawn from the California Court of Appeal's decision reflects

that petitioner was apprehended as he "ran out of an industrial park westbound in front of the officers." R&R at 7, lines 18-19. Nonetheless, petitioner's counsel's decision not to pursue the alibi more than she did was still reasonable (and caused petitioner no prejudice) because, even assuming she incorrectly recalled just how petitioner was caught, there was still strong evidence tying petitioner to both the vehicle and at least several of the robberies.

    2. On page 8, line 4 of the Report and Recommendation, the word "a" is inserted before the word "robbery."

    3. On page 9, line 20 of the Report and Recommendation, the second "of" is deleted.

    4. On page 14, line 22 of the Report and Recommendation, the word "to" is changed to the word "be."

    5. On page 18, line 9 of the Report and Recommendation, the word "the" is inserted after the word "of."

    6. On page 19, footnote 16, lines 26-27 of the Report and Recommendation, the word "a" is inserted after the word "such."

    7. On page 23, line 11 of the Report and Recommendation, the word "of" is inserted after the word "light."

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: January 5, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE